**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 65 & 66 WM 2015
:
Respondent :
:
:
:
:
v. :
:
:
:
DANIEL LUKE SPUCK, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2015, the Application for Bail is **DENIED**.